**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492

**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORY HAZDOVAC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES BENZ USA, LLC, and DOES MBUSA 1 through 10, inclusive, <br><br> Defendants. | Case No. 20-cv-00377-RS <br><br> **CLASS ACTION** <br><br> **FURTHER STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AS MODIFIED BY THE COURT** |

**STIPULATION**

Pursuant to Local Rule 6-1(a), Plaintiff Cory Hazdovac ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("MBUSA") (Plaintiff and Defendant are collectively referred to herein as "the Parties") hereby stipulate to further extend the time for Plaintiff to file an amended complaint to June 1, 2020, and modify the case schedule as follows:

WHEREAS, on February 24, 2020, the Clerk continued the Parties' Initial Case Management Conference to May 21, 2020 (ECF No. 14);

WHEREAS, pursuant to a stipulation between the Parties filed on March 11, 2020 (ECF No. 15), the Court entered an Order (ECF No. 16) setting a deadline for Plaintiff to file an amended complaint and a briefing schedule on MBUSA's response to the amended complaint as follows: (1) Plaintiff's deadline to file an amended complaint is March 31, 2020; (2) MBUSA's deadline to respond to the amended complaint is April 28, 2020; (3) Plaintiff's deadline to oppose any motion to dismiss is May 29, 2020; and, (4) MBUSA's deadline to file a reply in support of any motion to dismiss is June 12, 2020; and also vacated the April 23, 2020 hearing on MBUSA's motion to dismiss the original complaint;

WHEREAS, due to disruptions to the Parties' business operations from the Coronavirus Disease 2019 ("COVID-19"), the Parties filed a stipulation on March 27, 2020 (ECF No. 17) and, pursuant to said stipulation, the Court entered an Order (ECF No. 18) setting a deadline for Plaintiff to file an amended complaint and a briefing schedule on MBUSA's response to the amended complaint as follows: (1) Plaintiff's deadline to file an amended complaint is May 15, 2020; (2) MBUSA's deadline to respond to the amended complaint is June 12, 2020; (3) Plaintiff's deadline to oppose any motion to dismiss is July 13, 2020; and, (4) MBUSA's deadline to file a reply in support of any motion to dismiss is July 27, 2020;

WHEREAS, since issuance of the Court's Order (ECF No. 18), shelter-in-place orders have been extended and conditions from COVID-19 have continued to cause disruptions to the Parties' business operations;

WHEREAS, in order to give Plaintiff sufficient time to file an amended complaint, and in light of the continued disruption to the Parties' business operations which has been caused by

Page **1**

FURTHER STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

1  COVID-19, the Parties have met and conferred and agree to extend Plaintiff's deadline to file an
2  amended complaint by thirty-one (31) days from May 15, 2020 to June 15, 2020, and to extend
3  all dates in conjunction with MBUSA's response;
4      WHEREAS, in conjunction with the Parties' request to alter the amendment and motion
5  to dismiss briefing schedule, the Parties also respectfully request that the Initial Case
6  Management Conference currently scheduled for May 21, 2020 be continued to a date and time
7  convenient to the Court, but no sooner than the noticed hearing date for MBUSA's anticipated
8  motion to dismiss;
9      WHEREAS, the Parties' requested modification of the amendment and motion to
10 dismiss briefing schedule will not alter any other dates or deadlines set by the Court;
11     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
12 (1) Pursuant to Local Rule 6-1(a), Plaintiff's deadline to file an amended complaint is extended
13 to June 15, 2020; (2) MBUSA's deadline to respond to the amended complaint shall be July 13,
14 2020; (3) Plaintiff's deadline to oppose any motion to dismiss shall be August 10, 2020;
15 (4) MBUSA's deadline to file a reply in support of any motion to dismiss shall be August 24,
16 2020; (4) the May 21, 2020 Initial Case Management Conference be continued to a date and
17 time convenient to the Court, but no sooner than the noticed hearing date for MBUSA's
18 anticipated motion to dismiss; and (5) MBUSA shall notice its motion to dismiss the amended
19 complaint for the first available hearing date in compliance with any applicable Federal, Local,
20 and Court Rules.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Page **2**

FURTHER STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | Dated: May 4, 2020 | POMERANTZ LLP |
| 2 | | THE LAW OFFICE OF ROBERT L. STARR |

By: */s/ Ari Y. Basser*
Ari Y. Basser<br>Jordan L. Lurie<br>Robert L. Starr

*Attorneys for Plaintiff Cory Hazdovac*

Dated: May 4, 2020        Squire Patton Boggs (US) LLP

By: */s/ Eric J. Knapp*
                    Eric J. Knapp

*Attorneys for Defendant MBUSA*

### ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3) and General Order No. 45, I, Ari Y. Basser, attest that I obtained concurrence in the filing of this document from the above Signatories.

Dated: May 4, 2020            POMERANTZ LLP

By: s/ Ari Y. Basser
        Ari Y. Basser

Page **3**

FURTHER STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: (1) Plaintiff's deadline to file an amended complaint is extended to June 15, 2020; (2) MBUSA's deadline to respond to the amended complaint shall be July 13, 2020; (3) Plaintiff's deadline to oppose any motion to dismiss shall be August 10, 2020; (4) MBUSA's deadline to file a reply in support of any motion to dismiss shall be August 24, 2020; (4) the May 21, 2020 Initial Case Management Conference is continued to September 24, 2020 at 10:00 AM, Courtroom #3, 17th Floor, San Francisco; (5) MBUSA shall notice its motion to dismiss the amended complaint for the first available hearing date in compliance with any applicable Federal, Local, and Court Rules.

Dated: May 7, 2020

_____
United States District Court Judge