UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HAZDOVAC,<br><br>        Plaintiff,<br><br>     v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>        Defendant. | Case No. 20-cv-00377-RS<br><br>**ORDER TO SHOW CAUSE** |

On February 22, 2023, an Order was issued granting Parties' stipulation and proposed order to vacate the deadlines in the Scheduling Order with respect to mediation and class certification briefing (ECF 81) and the deadlines in the Order granting the Parties' Stipulation (ECF 83). That Order was issued with the understanding that mediation would take place on March 20, 2023. Parties were ordered to file a revised scheduling order for class certification deadlines within 30 days of mediation but have failed to do so.

Parties are thus ordered to file a revised scheduling order for class certification within 20 days of this order or the action will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: October 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge