UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY HAZDOVAC,

        Plaintiff,

  v.

MERCEDES-BENZ USA, LLC,

        Defendant.

Case No. 20-cv-00377-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 21, 2024**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 28, 2024, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
Richard Seeborg
Chief United States District Judge