# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HAZDOVAC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br>MERCEDES BENZ USA, LLC, and DOES MBUSA 1 through 10, inclusive,<br><br>    Defendants. | Case No. 20-cv-00377-RS<br><br>**DECLARATION OF JORDAN BAKONDY REGARDING IMPLEMENTATION OF CAFA NOTICE** |

1

I, Jordan Bakondy, declare as follows:

1. I serve as a Project Manager at Eisner Advisory Group, LLC ("EAG" or "EisnerAmper"), a comprehensive legal administration firm specializing in the development, implementation, and impartial management of intricate legal notification programs. EAG was asked by Defense Counsel to coordinate and administer the distribution and mailing of CAFA Notice in the above-referenced matter (the "Action"). The statements presented herein are based on my personal knowledge, as well as information provided by other skilled EAG professionals operating under my supervision, along with my examination of information and documents furnished by Defense Counsel.

## CAFA NOTICE IMPLEMENTATION

2. On November 24, 2025, pursuant to 28 U.S.C. §1715, EAG, on behalf of the Defendant, commenced mailing notice of this settlement and related materials to the Attorneys General of all U.S. states, U.S. Territories and Puerto Rico as well as the Attorney General of the United States. Notices were mailed via USPS Certified Mail. The CAFA Notice Service List is attached hereto as Exhibit A.

3. The materials sent to the federal and state officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included as Exhibit B.

4. The cover letter was accompanied by a CD, which included the following documents:

    a. Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:

        (1) Class Action Complaint dated December 4, 2019.

2

Declaration of Jordan Bakondy

(2) First Amended Class Action Complaint dated June 15, 2020.

(3) Second Amended Class Action Complaint dated February 16, 2022.

(4) Third Amended Class Action Complaint dated November 13, 2025.

b. Per 28 U.S.C. § 1715(b)(3) – Notification to Settlement Class Members:

(1) Short-Form Notice (Exhibit C to the Declaration of Brandon Schwartz Regarding Settlement Administration and Notice Plan);

(2) Digital Banner Notice (Exhibit D to the Declaration of Brandon Schwartz Regarding Settlement Administration and Notice Plan); and

(3) Long-Form Notice (Exhibit E to the Declaration of Brandon Schwartz Regarding Settlement Administration and Notice Plan).

c. Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:

(1) Notice of Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities; Declaration of Jordan L. Lurie; and Proposed Preliminary Approval Order Filed Concurrently dated November 13, 2025, with Exhibits.

3

Declaration of Jordan Bakondy

     (2) Class Action Settlement Agreement and Release filed November 13, 2025, concurrently with the Motion for Preliminary Approval and attached as Exhibit 1 to the Declaration of Jordan L. Lurie.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of December 2025 in Houston, Texas.

*Jordan Bakondy*
_____
Jordan Bakondy

Declaration of Jordan Bakondy

# Exhibit A

## CAFA Notice Service List

*Hazdovac v. Mercedes-Benz USA, LLC et al., Case No. 3:20-CV-00377 (United States District Court, Northern District of California)*

| Name1 | Name2 | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General | | 1031 W. 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| Office of the Attorney General | | 501 Washington Avenue | PO Box 300152 | | Montgomery | AL | 36104 |
| Office of the Attorney General | | 323 Center Street, Suite 200 | | | Little Rock | AR | 72201-2610 |
| Office of the Attorney General | | PO Box 7 | | | Pago Pago | AS | 96799 |
| Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Office of the Attorney General | CAFA Coordinator, Consumer Law Section | 455 Golden Gate Avenue, Suite 11000 | | | San Francisco | CA | 94102 |
| Office of the Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | | Denver | CO | 80203 |
| Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Office of the Attorney General | | 441 4th Street NW, Suite 1100S | | | Washington | DC | 20001 |
| United States Office of the Attorney General | US Department of Justice | 950 Pennsylvania Ave, NW | | | Washington | DC | 20530-0001 |
| Office of the Attorney General | | 820 North French Street | 6th Floor | | Wilmington | DE | 19801 |
| Office of the Attorney General | | The Capitol | PL-01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | | 40 Capitol Square SW | | | Atlanta | GA | 30334 |
| Office of the Attorney General | Administrative Division | 590 S. Marine Corps Dr., Suite 901 | | | Tamuning | GU | 96913 |
| Department of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 |
| Office of the Attorney General | | Hoover State Office Building | 1305 East Walnut Street | | Des Moines | IA | 50319 |
| Office of the Attorney General | | 954 West Jefferson Street, 2nd floor | PO Box 83720 | | Boise | ID | 83720-0010 |
| Office of the Attorney General | | 100 West Randolph Street | | | Chicago | IL | 60601 |
| Office of the Attorney General | | Indiana Government Center South | 302 West Washington Street, 5th Floor | | Indianapolis | IN | 46204 |
| Office of the Attorney General | | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612-1597 |
| Office of the Attorney General | | 700 Capitol Avenue, Suite 118 | | | Frankfort | KY | 40601-3449 |
| Office of the Attorney General | | PO Box 94005 | | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | | | Boston | MA | 02108 |
| Office of the Attorney General | | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Office of the Attorney General | | G. Mennen Williams Building | 525 West Ottawa Street | PO Box 30212 | Lansing | MI | 48909 |
| Office of the Attorney General | | 445 Minnesota Street, Suite 1400 | | | St Paul | MN | 55101-2131 |
| Office of the Attorney General | | Supreme Court Building | 207 West High Street | | Jefferson City | MO | 65102 |
| Office of the Attorney General | | Administrative Building | PO Box 10007 | | Saipan | MP | 96950 |
| Office of the Attorney General | | Walter Sillers Building | 550 High Street, Suite 11 | | Jackson | MS | 39201 |
| Office of the Attorney General | | Justice Building Third Floor | 215 North Sanders | | Helena | MT | 59601 |
| Office of the Attorney General | ATTN: Consumer Protection | 114 West Edenton Street | | | Raleigh | NC | 27603 |
| Office of the Attorney General | | State Capitol | 600 East Boulevard Avenue, Dept. 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General | | 2115 State Capitol | PO Box 98920 | | Lincoln | NE | 68509 |
| Office of the Attorney General | | 33 Capitol Street | | | Concord | NH | 03301 |
| Office of the Attorney General | | RJ Hughes Justice Complex | 25 Market Street | PO BOX 080 | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | ATTN: Farrah Diaz, Paralegal | 201 3rd St NW, Suite 300 | | | Albuquerque | NM | 87102 |
| Office of the Attorney General | | Old Supreme Court Building | 100 North Carson Street | | Carson City | NV | 89701 |
| Office of the Attorney General | | The Capitol | | | Albany | NY | 12224-0341 |
| Office of the Attorney General | | State Office Tower | 30 East Broad Street, 14th Floor | | Columbus | OH | 43215 |
| Office of the Attorney General | | 313 NE 21st Street | | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Oregon Department of Justice | 1162 Court Street NE | | | Salem | OR | 97301-4096 |
| Office of the Attorney General | | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Office of the Attorney General | | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Office of the Attorney General | ATTN: Lisa Pinsonneault/CAFA Notice | 150 South Main Street | | | Providence | RI | 02903 |
| Office of the Attorney General | | PO Box 11549 | | | Columbia | SC | 29211-1549 |
| Office of the Attorney General | | 1302 E. Highway 14, Suite 1 | | | Pierre | SD | 57501-8501 |
| Office of the Attorney General and Reporter | | PO Box 20207 | | | Nashville | TN | 37202 |
| Office of the Attorney General | | Capitol Station | PO Box 12548 | | Austin | TX | 78711-2548 |
| Office of the Attorney General | | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | | 202 North Ninth Street | | | Richmond | VA | 23219 |
| Office of the Attorney General | | 34-38 Kronprindsens Gade | Gers Building, 2nd Floor | | St Thomas | VI | 00802 |
| Office of the Attorney General | | 109 State Street | | | Montpelier | VT | 05609 |
| Office of the Attorney General | | 1125 Washington Street SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Office of the Attorney General | Wisconsin Department of Justice | PO Box 7857 | | | Madison | WI | 53707-7857 |
| Office of the Attorney General | | State Capitol | Building 1, Room E-26 | | Charleston | WV | 25305 |
| Office of the Attorney General | | Kendrick Building | 2320 Capital Avenue | | Cheyenne | WY | 82002 |

# Exhibit B



TROY M. YOSHINO
Partner
415-591-1421
tyoshino@winston.com

November 24, 2025

**<u>VIA CERTIFIED MAIL</u>**

To: State and Federal Officials pursuant to 28 U.S.C. § 1715 (see enclosed distribution list)

  **Re:**   **CAFA Notices for the Proposed Settlement in *Hazdovac v. Mercedes-Benz USA, LLC et al.*, Case No. 20-cv-00377-RS, U.S. District Court for the Northern District of California**

Dear Attorney General:

  Pursuant to the federal Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant Mercedes-Benz USA, LLC ("MBUSA") hereby notifies you of the proposed settlement in the above-captioned action currently pending in the United States District Court for the Northern District of California, before the Honorable Richard Seeborg.

  This action relates to allegations that MBUSA did not identify fourteen (14) vehicle parts ("the Subject Parts") in Mercedes-Benz vehicles that should properly be classified as "high-cost" or "high-priced" emissions warranty parts or ("HPP"), under the requirements of the California Emissions Warranty ("HPP Warranty") (California Code of Regulations ("CCR") Title 13, § § 2035 et seq.) and covered under the HPP Warranty for 7 years and/or 70,000 miles, whichever comes first. MBUSA denies the material factual allegations and legal claims asserted by the Plaintiff and Settlement Class Members in the Litigation, including, but not limited to, any and all charges of wrongdoing or liability, or allegations of defect, arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Litigation.

  For purposes of the proposed settlement, the Settlement Class is defined as:

> All Persons, in Section 177 States, who purchased or leased Mercedes-Benz vehicles between model year 2015 and the present that are covered by an HPP Warranty.

  As defined in section 1.28 of the Settlement Agreement, "Section 177 States" or "Reg. 177 States" means states that have implemented California's Low-Emission Vehicle (LEV) criteria pollutant and greenhouse gas (GHG) emission regulations and Zero Emission Vehicle (ZEV) regulations under Section 177 of the Clean Air Act, 42 U.S.C. § 7507. At various times during the relevant period (and as set forth in Exhibit A to the Settlement Agreement), the Reg. 177 States included, in addition to California: Colorado, Connecticut, Delaware, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington. Certain of these states are Reg. 177 States only as to certain model year Subject Vehicles.

Pursuant to 28 U.S.C. § 1715(b), please find enclosed a CD containing, and paper copies of, the following materials related to the proposed settlement:

1. **Copy of the complaint, any amended complaints, and any materials filed with the complaints**. *See* **28 U.S.C. § 1715(b)(1).**

Enclosed is the Complaint, dated December 4, 2019; the First Amended Complaint, dated June 15, 2020; the Second Amended Complaint, dated February 16, 2022; and the operative Third Amended Complaint, dated November 13, 2025.

2. **Notice of any scheduled judicial hearing in the class action.** *See* **28 U.S.C. § 1715(b)(2).**

A hearing on Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement is scheduled for December 4, 2025, at 1:30 p.m. before the Honorable Richard Seeborg of the United States District Court for the Northern District of California, 450 Golden Gate Ave., Courtroom 3, 17th Floor, San Francisco, CA, 94102. No other hearings have yet been scheduled.

3. **Any proposed or final notification to class members of a proposed settlement and right to request exclusion from the class action.** *See* **28 U.S.C. § 1715(b)(3).**

Enclosed is a copy of the Declaration of Brandon Schwartz Regarding Settlement Administration and Notice Plan (the "Schwartz Declaration"), which was filed concurrently with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Plaintiffs' Motion"). *See* Dkt. No. 121. The Schwartz Declaration describes the proposed notice plan. Exhibits C-E to the Schwartz Declaration are, respectively, the proposed Class Notice (a short-form notice), samples of social-media banner notices that will direct potential Settlement Class Members to the Settlement Website (which shall include copies of the proposed notices and other information on the settlement), and the proposed Class Notice (a long-form notice). The proposed notifications inform potential Settlement Class Members of the terms of the proposed settlement and of their rights and legal options.

4. **Any proposed or final class action settlement.** *See* **28 U.S.C. § 1715(b)(4).**

Enclosed is a copy of the Class Action Settlement Agreement and Release, which was filed concurrently with Plaintiffs' Motion. Dkt. No. 121-4.

5. **Any settlement or other agreement contemporaneously made between Class Counsel and Counsel for the defendants.** *See* **28 U.S.C. § 1715(b)(5).**

There are no additional settlement or other contemporaneous agreements made between Class Counsel and MBUSA's counsel in this matter.

6. **Any final judgment or notice of dismissal.** *See* **28 U.S.C. § 1715(b)(6).**

November 24, 2025<br>
Page 3

To date, neither a final judgment nor a notice of dismissal has been entered in this matter.

**7.    Names of class members who reside in each State and estimated proportionate share of the claims of such members to the entire settlement.** *See* **28 U.S.C. § 1715(b)(7).**

At the time of this notice, it is not feasible to provide the information described in 28 U.S.C. §§ 1715(b)(7)(A)-(B). In accordance with the Settlement Agreement, within seven (7) days after entry of the Preliminary Approval Order, MBUSA will provide a database of Vehicle Identification Numbers ("VINs") for all Subject Vehicles sold in the United States. To identify Settlement Class Members and their relevant mailing information, the Settlement Administrator will coordinate with S&P Global, which licenses state motor vehicle data through its R. L. Polk & Co. ("Polk") entity, a leader in automotive data solutions to access state motor vehicle registration records. This coordination will allow the Settlement Administrator to obtain all registrations for the Subject Vehicles in Section 177 States, including the date of registration, and the names and addresses of individuals associated with each VIN. The list of class members by state may be provided upon request to the Settlement Administrator once the information is available. To request a copy of this list, please email jordan.bakondy@eisneramper.com.

**8.    Any written judicial opinion relating to the materials described under subparagraphs (3) through (6).** *See* **28 U.S.C. § 1715(b)(8).**

To date, there are no written judicial opinions relating to the settlement materials described above.

If you have any questions about this notice or the above-referenced litigation, please contact the undersigned counsel for MBUSA.

Sincerely,

*/s/ Troy M. Yoshino*

Troy M. Yoshino